UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| N. JAMES VALENTINE, : | |
| : | |
| Plaintiff, : | |
| : | |
| VS. : | CIVIL ACTION NO. |
| : | 3:03CV153 (DJS) |
| NATIONAL SPORTS SERVICES, INC., : | |
| SMASHMOUTH SPORTS, SCOTT : | |
| SPREITZER, JIM FEIST SPORTS, JIM : | |
| FEIST, JOHN DOES 1-5 and XYZ : | |
| CORPORATIONS 1-5 (such names : | |
| being fictitious), : | MARCH 9, 2004 |
| : | |
| Defendants. : | |

<u>DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL</u>

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), defendants National Sports Services, Inc., Smashmouth Sports, Scott Spreitzer, Jim Feist Sports and Jim Feist (collectively, "Defendants"), hereby respectfully move the Court to extend the deadline by twenty days (up to and including March 29, 2004) for Defendants to file a Motion to Compel plaintiff N. James Valentine ("Plaintiff") to respond to the First Set of Interrogatories and First Request for the Production of Documents, dated January 16, 2004 (collectively, the "Discovery Requests"). In support of this Motion, Defendants represent as follows:

    1.    Plaintiff's deadline to respond to the Discovery Requests was February 18, 2004.

    2.    Pursuant to the Court's January 15, 2004 Scheduling Order, each party is required to file any Motions to Compel within twenty days of the other party's failure to provide responsive information on a timely basis.

    3.    On February 20, 2004, counsel for Defendants sent a letter to Plaintiff's counsel stating that the responses to the Discovery Requests had not yet been received.

4. On March 1, 2004, Plaintiff's counsel sent a letter to Defendants' counsel stating that Plaintiff "intends to promptly comply with his discovery obligations."

5. To date, Defendants have yet to receive Plaintiff's response to the Discovery Requests.

6. Because Plaintiff's counsel has represented that Plaintiff intends to respond to the Discovery Requests "promptly," Defendants believe that it would be a waste of the resources of the Court and the parties to engage in motion practice at this time. However, Defendants desire to preserve their right to file a Motion to Compel if Plaintiff's response to the Discovery Requests is not received shortly or is deficient in any manner.

7. Accordingly, good cause exists to grant the extension of time requested herein.

8. The extension of time requested herein will not impact the remainder of the deadlines established in the Court's Scheduling Order.

9. Defendants' counsel attempted to contact Plaintiff's counsel in order to ascertain Plaintiff's position regarding this Motion, but was unable to reach Plaintiff's counsel.

10. This is the first such Motion for extension of time filed by Defendants.

WHEREFORE, Defendants respectfully request that the Court extend the deadline for Defendants to file a Motion to Compel Plaintiff to provide a response to the Discovery Requests for twenty days, up to and including March 29, 2004.

Dated: March 9, 2004

Respectfully Submitted,

BY: _____
Mark D. Alexander (ct20645)
E-mail: mda@avhlaw.com
Chad A. Landmon (ct20932)
E-mail: cal@avhlaw.com
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702
Telephone:   860-275-8100
Facsimile:   860-275-8101

Attorneys for Defendants

3

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Motion for Extension of Time to File Motion to Compel has been sent via first-class U.S. mail, postage prepaid, this 9th day of March, 2004 to:

Jerry D. Goldstein, Esq.
Jerry D. Goldstein, L.L.C.
264 Union Boulevard
Totowa, NJ 07512

_____
Chad A. Landmon