**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **N. JAMES VALENTINE** | : |
|     **Plaintiff** | |
| v. | : CIVIL NO.: 3:03cv153(DJS) |
| **NATIONAL SPORTS SERVICES, INC.,** | |
| **ET AL** | : |
|     **Defendants** | |

**ORDER**

The Defendants' Motion for Extension of Time to File Motion to Compel (Doc. #39) is hereby **GRANTED to and including March 29, 2004.**

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this   11th   day of March, 2004.

                                              /s/DJS
                                              Dominic J. Squatrito
                                              United States District Judge