UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

N. JAMES VALENTINE,                    :
                                       :
    Plaintiff,                         :
                                       :
VS.                                    :     CIVIL ACTION NO.
                                       :     3:03CV153 (DJS)
NATIONAL SPORTS SERVICES, INC.,        :
SMASHMOUTH SPORTS, SCOTT               :
SPREITZER, JIM FEIST SPORTS, JIM       :
FEIST, JOHN DOES 1-5 and XYZ           :
CORPORATIONS 1-5 (such names           :
being fictitious),                     :     MARCH 9, 2004
                                       :
    Defendants.                        :

## STIPULATION FOR ELECTRONIC CASE FILING

Plaintiff N. James Valentine and defendants National Sports Services, Inc., Smashmouth Sports, Scott Spreitzer, Jim Feist Sports and Jim Feist hereby stipulate and consent to the designation of this case for Electronic Case Filing ("ECF").

PLAINTIFF,
N. JAMES VALENTINE

By_____
Jerry V. Goldstein, Esq. (ct 17834)
Email: jgoldstein@jdgonline.com
Jerry D. Goldstein, L.L.C.
264 Union Boulevard
Totowa, NJ 07512
Tel: 973-595-5727
Fax: 973-595-5522

DEFENDANTS,
NATIONAL SPORTS SERVICES, INC.,
ET AL.

By_____
Mark D. Alexander (ct 20645)
Email: mda@avhlaw.com
Chad A. Landmon (ct20932)
Email: cal@avhlaw.com
Elizabeth T. Timkovich (ct 24982)
Email: ett@avhlaw.com
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702
Telephone: (860) 275-8100
Facsimile: (860) 275-8101

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Stipulation for Electronic Case Filing has been sent via first-class U.S. mail, postage prepaid, this 12th day of March, 2004 to:

Jerry D. Goldstein, Esq.
Jerry D. Goldstein, L.L.C.
264 Union Boulevard
Totowa, NJ 07512

By: _____
Chad A. Landmon, Esq.
Axinn, Veltrop & Harkrider LLP