UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| N. JAMES VALENTINE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. |
| | : | 3:03CV153 (DJS) |
| NATIONAL SPORTS SERVICES, INC., | : | |
| SMASHMOUTH SPORTS, SCOTT | : | |
| SPREITZER, JIM FEIST SPORTS, JIM | : | |
| FEIST, JOHN DOES 1-5 and XYZ | : | |
| CORPORATIONS 1-5 (such names | : | |
| being fictitious), | : | MARCH 31, 2004 |
| | : | |
| Defendants. | : | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b),

defendants National Sports Services, Inc., Smashmouth Sports, Scott Spreitzer, Jim Feist Sports

and Jim Feist (collectively, "Defendants"), hereby respectfully move the Court to extend the

deadline by fifteen days (up to and including April 20, 2004) for Defendants to file a Motion to

Compel plaintiff N. James Valentine ("Plaintiff") to provide a full and adequate response to the

First Set of Interrogatories and First Request for the Production of Documents, dated January 16,

2004 (collectively, the "Discovery Requests"). In support of this Motion, Defendants represent

as follows:

1.     On March 15, 2004, Defendants received Plaintiff's response to the First Set of

Interrogatories via facsimile.

2.     On March 17, 2004, Defendants received documents from Plaintiff responsive to

the First Request for the Production of Documents.

3.    Pursuant to the Court's January 15, 2004 Scheduling Order, the parties are required to file a motion to compel within twenty days of receiving an unsatisfactory response to a discovery request.

4.    On March 26, 2004, counsel for Defendants sent a letter to Plaintiff's counsel setting forth numerous deficiencies in Plaintiff's response to the Discovery Requests.

5.    Defendants are hopeful that a resolution will be reached without the involvement of the Court. Thus, Defendants believe that it would be a waste of the resources of the Court and the parties to engage in motion practice at this time. However, Defendants wish to preserve their right to file a Motion to Compel if a resolution regarding the deficiencies in Plaintiff's discovery responses is not reached.

6.    Accordingly, good cause exists to grant the extension of time requested herein.

7.    The extension of time requested herein will not impact the remainder of the deadlines established in the Court's Scheduling Order.

8.    Defendants' counsel attempted to contact Plaintiff's counsel in order to ascertain Plaintiff's position regarding this Motion, but was unable to reach Plaintiff's counsel.

9.    Although Defendants have previously requested and obtained an extension of time relating to the filing of a motion to compel Plaintiff to respond to the Discovery Requests in the first place, this is the first such Motion for extension of time filed by Defendants relating to the filing of a motion to compel regarding the adequacy and completeness of Plaintiff's discovery responses.

WHEREFORE, Defendants respectfully request that the Court extend the deadline for

Defendants to file a Motion to Compel Plaintiff to provide a full and adequate response to the

Discovery Requests for fifteen days, up to and including April 20, 2004.


Dated:  March 31, 2004

                                        Respectfully Submitted,



                                        BY:  /s/  Chad Landmon
                                                Mark D. Alexander (ct20645)
                                                E-mail:  mda@avhlaw.com
                                                Chad A. Landmon (ct20932)
                                                E-mail:  cal@avhlaw.com
                                                Axinn, Veltrop & Harkrider LLP
                                                90 State House Square
                                                Hartford, CT  06103-3702
                                                Telephone:    860-275-8100
                                                Facsimile:     860-275-8101

                                                Attorneys for Defendants

<u>CERTIFICATION</u>

THIS IS TO CERTIFY that a copy of the foregoing Motion for Extension of Time to File

Motion to Compel has been sent via first-class U.S. mail, postage prepaid, this 31st day of

March, 2004 to:

Jerry D. Goldstein, Esq.
Jerry D. Goldstein, L.L.C.
264 Union Boulevard
Totowa, NJ 07512


/s/    Chad Landmon
Chad A. Landmon