UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| N. JAMES VALENTINE<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:03cv153(DJS) |
| NATIONAL SPORTS SERVICES, INC.,<br>ET AL<br>    **Defendants** | : |

**ORDER**

The Defendants' Motion for Extension of Time to File Motion to Compel (Doc. #43) is hereby **GRANTED to and including April 20, 2004.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   2nd   day of April, 2004.

    /s/DJS
Dominic J. Squatrito
United States District Judge