UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| N. JAMES VALENTINE, : | |
| : | |
| Plaintiff, : | |
| : | |
| VS. : | CIVIL ACTION NO. |
| : | 3:03CV153 (DJS) |
| NATIONAL SPORTS SERVICES, : | |
| SMASHMOUTH SPORTS, SCOTT : | |
| SPREITZER, JIM FEIST SPORTS, JIM : | |
| FEIST, JOHN DOES 1-5 and XYZ : | |
| CORPORATIONS 1-5 (such names : | |
| being fictitious), : | |
| : | |
| Defendants. : | APRIL 28, 2004 |

MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY
AND ALL POST-DISCOVERY MATTERS BY CONSENT OF THE PARTIES

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), defendants National Sports Services, Smashmouth Sports, Scott Spreitzer, Jim Feist Sports and Jim Feist (collectively, "Defendants"), hereby respectfully move the Court to extend the deadlines established by the Court's January 15, 2004 Order for the parties to complete discovery and all post-discovery matters by 30 days, as follows: (a) the deadline to complete discovery will be June 3, 2004; (b) the deadline to file dispositive motions, if any, will be July 5, 2004; and (c) the deadline to file a joint trial memorandum will be August 5, 2004, or within 30 days of any decision of the Court on the dispositive motions.  In support of this Motion, Defendants represent as follows:

1.    Plaintiff N. James Valentine ("Plaintiff") has consented to the extensions of time set forth in this Motion.

2.      The parties have diligently attempted to complete all discovery in a good faith effort to comply with the current deadlines.

3.      For example, the deposition of Plaintiff was scheduled for and actually did begin today. However, due to unforeseen events, the deposition was not able to be completed, and the parties agreed to continue the deposition on May 20, 2004.

4.      As such, the parties are unable to complete discovery prior to the current May 3, 2004, deadline. In order to allow the parties to evaluate the remainder of the discovery that will take place and draft the appropriate papers, it is also necessary to extend the deadlines relating to the filing of dispositive motions, if any, and of the joint trial memorandum.

5.      This is the first motion for extension of time filed by any of the parties relating to such deadlines.

WHEREFORE, with Plaintiff's consent, Defendants respectfully request that the Court extend the deadlines set forth in the January 15, 2004 Order by 30 days, as follows: (a) the deadline to complete discovery will be June 3, 2004; (b) the deadline to file dispositive motions, if any, will be July 5, 2004; and (c) the deadline to file a joint trial memorandum will be August 5, 2004, or within 30 days of any decision of the Court on the dispositive motions.

Dated:  April 28, 2004

                                    Respectfully Submitted,

BY:  _____
      Mark D. Alexander (ct20645)
      E-mail:  mda@avhlaw.com
      Chad A. Landmon (ct20932)
      E-mail:  cal@avhlaw.com
      Axinn, Veltrop & Harkrider LLP
      90 State House Square
      Hartford, CT  06103-3702
      Telephone:    860-275-8100
      Facsimile:     860-275-8101

Attorneys for Defendants

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Motion for Extension of Time to Complete Discovery and All Post-Discovery Matters By Consent of the Parties has been sent via facsimile and first-class U.S. mail, postage prepaid, this 28th day of April, 2004 to:

Jerry D. Goldstein, Esq.
Jerry D. Goldstein, L.L.C.
264 Union Boulevard
Totowa, NJ 07512

_____
Chad A. Landmon