UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **N. JAMES VALENTINE**<br>    **Plaintiff** | : |
| **v.** | : CIVIL NO.: 3:03cv153(DJS) |
| **NATIONAL SPORTS SERVICES,**<br>**ET AL**<br>    **Defendants** | : |

### O R D E R

The Motion for Extension of Time To Complete Discovery and All Post-Discovery Matters By Consent of the Parties (Doc. #45) is hereby **GRANTED**. Discovery shall be completed by **June 3, 2004.** Dispositive motions, if any, will be filed by **July 5, 2004** and if no dispositive motion is filed, a joint trial memorandum shall be filed by **August 5, 2004.** This case shall be trial ready **September, 2004**. If the parties cannot agree to the filing of the joint trial memorandum, each party shall file their trial memorandum separately. If a dispositive motion is filed, the memorandum shall be **filed** within 30 days of any decision of the court on such dispositive motion. The filing of dispositive motions shall not stay discovery.

**IT IS SO ORDERED** this   5th    day of   May  , 2004.

　　　　　　　　　　　　　　　　　　  /s/DJS
　　　　　　　　　　　　　　　　　 Dominic J. Squatrito, United States District Judge