UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| N. JAMES VALENTINE,                    : | |
| :                                                          | |
| Plaintiff,                             : | |
| :                                                          | |
| VS.                                    : | CIVIL ACTION NO. |
| :                                                          | 3:03CV153 (DJS) |
| NATIONAL SPORTS SERVICES, INC.,        : | |
| SMASH MOUTH SPORTS, SCOTT              : | |
| SPREITZER, JIM FEIST SPORTS, JIM       : | |
| FEIST, JOHN DOES 1-5 and XYZ           : | |
| CORPORATIONS 1-5 (such names           : | |
| being fictitious),                     : | JULY 22, 2004 |
| :                                                          | |
| Defendants.                            : | |

JOINT MOTION FOR EXTENSION OF DEADLINES FOR FILING
PLEADINGS RELATING TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), plaintiff N. James Valentine and defendants National Sports Services, Inc., Smash Mouth Sports, Scott Spreitzer, Jim Feist Sports and Jim Feist hereby jointly move the Court to extend the following deadlines: (1) Plaintiff's deadline to file any opposition papers to Defendants' Motion for Summary Judgment to August 6, 2004; and (2) Defendants' deadline to file a reply brief to such opposition papers to August 27, 2004. In support of this Motion, the parties represent as follows:

1. On July 6, 2004, Defendants filed their Motion for Summary Judgment.

2. Since the filing of Defendants' motion, Plaintiff's counsel has been unable to formulate a response to such motion due to a pre-scheduled vacation.

3. Accordingly, Plaintiff's counsel has requested, and Defendants have consented to, an extension of Plaintiff's deadline to file any opposition papers to Defendants' Motion for Summary Judgment to August 6, 2004.

4.      In order to avoid any hardship due to this extension of time, Plaintiff has consented to an extension of Defendants' deadline to file a reply brief to Plaintiff's opposition papers to August 27, 2004.

5.      This is the first motion for extension of time filed by the parties relating to these specific deadlines.

WHEREFORE, the parties jointly respectfully request that the Court extend the deadlines for filing pleadings relating to Defendants' Motion for Summary Judgment as set forth herein.

Dated: July 22, 2004

Respectfully Submitted,

By _____
Jerry D. Goldstein, Esq. (ct 17834)
E-mail: jgoldstein@jdgonline.com
Jerry D. Goldstein, L.L.C.
264 Union Boulevard
Totowa, NJ 07512
Tel: 973-595-5727
Fax: 973-595-5522

Attorney for Plaintiff

By _____
Mark D. Alexander (ct 20645)
E-mail: mda@avhlaw.com
Chad A. Landmon (ct20932)
E-mail: cal@avhlaw.com
Elizabeth T. Timkovich (ct 24982)
E-mail: ett@avhlaw.com
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702
Telephone: (860) 275-8100
Facsimile: (860) 275-8101

Attorneys for Defendants

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Joint Motion for Extension of Deadlines for Filing Pleadings Relating to Defendants' Motion for Summary Judgment has been sent via first-class U.S. mail, postage prepaid, this 22nd day of July, 2004 to:

Jerry D. Goldstein, Esq.
Jerry D. Goldstein, L.L.C.
264 Union Boulevard
Totowa, NJ 07512

By: _____
Chad A. Landmon, Esq.
Axinn, Veltrop & Harkrider LLP