Jerry D. Goldstein, Esq.
**Jerry D. Goldstein, L.L.C.**
264 Union Boulevard
Totowa, NJ 07512
(973) 595-5727
(973) 595-5522 Fax
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| N. JAMES VALENTINE<br><br>    Plaintiffs,<br><br>vs.<br><br>NATIONAL SPORTS SERVICES; SMASHMOUTH SPORTS; SCOTT SPREITZER; JIM FEIST SPORTS; JIM FEIST; JOHN DOES 1-5 and XYZ CORPORATIONS 1-5 (such names being fictitious)<br><br>    Defendants. | Civil Action No.: 3:03CV153 (DJS) |

### JOINT MOTION FOR EXTENSION OF DEADLINES FOR FILING
### PLEADINGS RELATING TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

  Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), plaintiff N. James Valentine and defendants National Sports Services, Inc., Smash Mouth Sports, Scott Spreitzer, Jim Feist Sports and Jim Feist hereby jointly move the Court to extend the following deadlines: (1) Plaintiff's deadline to file any opposition papers to Defendants' Motion for Summary Judgment to August 13, 2004; and (2) Defendants' deadline to file a reply brief to such opposition papers to September 3, 2004.  In support of this Motion, the parties represent as follows:

1. On July 6, 2004, Defendants filed their Motion for Summary Judgment.

2. On July 22, 2004, Defendants filed the First Joint Motion For Extension Of Deadlines For Filing Pleadings Relating To Defendants' Motion For Summary Judgment since the Plaintiff's counsel was unable to formulate a response to such motion due to a pre-scheduled vacation.

3. Whereas, Plaintiff's counsel has requested and additional 1 week extension due to his continued travel and inability for counsel to complete the brief by August 6, 2004.

4. Accordingly, Plaintiff's counsel has requested, and Defendants have consented to, an extension of Plaintiff's deadline to file any opposition papers to Defendants' Motion for Summary Judgment to August 13, 2004.

5. In order to avoid any hardship due to this extension of time, Plaintiff has consented to an extension of Defendants' deadline to file a reply brief to Plaintiff's opposition papers to September 3, 2004.

6. This is the second motion for extension of time filed by the parties relating to these specific deadlines.

WHEREFORE, the parties jointly respectfully request that the Court extend the deadlines for filing pleadings relating to Defendants' Motion for Summary Judgment as set forth herein.

Dated: August 6, 2004

Respectfully Submitted,

By: /s/ Jerry D. Goldstein
Jerry D. Goldstein, Esq. (ct 17834)
    E-mail: jgoldstein@jdgonline.com
    Jerry D. Goldstein, L.L.C.
    264 Union Boulevard
    Totowa, NJ 07512
    Tel:  973-595-5727
    Fax:  973-595-5522

    Attorney for Plaintiff

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing Joint Motion for Extension of Deadlines for Filing Pleadings Relating to Defendants' Motion for Summary Judgment has been sent via first-class U.S. mail, postage prepaid, this 6th day of August, 2004 to:

Mark D. Alexander, Esq,
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT  06103-3702

By:_____
     Lisa A. DeLizio
     Legal Assisatant
     Jerry D. Goldstein, L.L.C.