UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

N. JAMES VALENTINE           :
    **Plaintiff**

v.                           :   CIVIL NO.: 3:03cv153(DJS)

NATIONAL SPORTS SERVICES, INC.,
ET AL                        :
    **Defendants**

### ORDER

Having considered the Stipulation for Electronic Case Filing (Doc. #41) to file documents in the above-captioned case electronically, the Court orders that it is hereby **GRANTED**. The parties shall file all documents in this case electronically after this date. Counsel are reminded that they must comply with the following requirements:

1. Counsel must comply with all applicable Federal Rules of Criminal Procedure and Civil Procedure, the District's Local Rules and the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

Civil Cases: All pleadings (including briefs and exhibits) relating to the following:

    a. Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;

    b. Dispositive motions (motions to dismiss or for summary judgment);

    c. Requested jury instructions;

    d. Compliance with Pretrial Orders;

    e. Trial briefs, including proposed findings of fact and conclusions of law; and

    f. **Any other filing that is in excess of 20 pages**.

<u>Criminal Cases</u>: All pleadings (including briefs and exhibits) relating to the following:

    a. Motions to Dismiss;

    b. Motions to Suppress;

    c. Motions to Modify Presentence Reports;

    d. Requested Jury Instructions;

    e. Trial briefs; and

    f. **Any other filing that is in excess of 20 pages**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this  10th  day of August, 2004.

                                               /s/DJS
                                               Dominic J. Squatrito
                                               United States District Judge