# All The Baseball Information You Will Need This Season Is At

# www.JimFeist.com



## The Most Complete Handicapping Site on the Web!



### Featured Handicappers and MORE!!!



Dave Cokin

Scott Spreitzer   Glenn McGrew

### What to Expect

Free Live Lines & Odds!
Free Picks and Analyses!
Current & Archived Scores!
Up-to-Date Handicapping Stats!
Contests, Injury and Weather Reports,
Veteran Advice, Pro Selections & MORE!!!



World Champion Handicapper
*Jim Feist*

**Featuring Information from the Most Successful Handicappers in the World.**



| INDEX & PICKS | PRO FOOTBALL | COL FOOTBALL | PRO BASKETBALL | COL BASKETBALL |
| --- | --- | --- | --- | --- |
| HANDICAPPERS | BASEBALL | HOCKEY | HORSE RACING | OTHER SPORTS |

**Sports Betting Information with Free Lines, Picks, Schedules & More! Old Homepage**

### HOT LINKS

- Feist Lines
- Purchase Picks
- Betting Lines
- Sports Scores
- Future/Special Odds
- Overnight Lines
- Suggested Reading
- Pigskin Prophet
- Basketball Winners
- Preferred Sportsbooks
- Mobile Edition
- Proline TV
- Proline Radio
- Computer Group Plays
- Casino Betting Rules

*Jim Feist's* **WEEKEND LINESHEET** AN ENTIRE WEEKEND'S

### JIM FEIST

It's a personal service Tuesday from World Champion Handicapper Jim Feist. Right now on Jim's Sports... **Buy Now!**

### BOB DONAHUE
Bob Donahue's Precison Play line is full of BIG WINNERS this Tuesday, including his MLB Game of the... **Buy Now!**

### DAVE COKIN
Two top righthanders collide Tuesday night in Houston as the Astros host the Giants. Cy Young conten... **Buy Now!**

### SCOTT SPREITZER
Scott's College Early Value plays swept AGAIN! Scott releases a pair of early college plays each Tuesday and is a perfect 4-0 the last 2 weeks, having won again last week with NC State & East Carolina! Call Scott's Hotline Repor... **Buy Now!**



### CHIP CHIRIMBES
Tuesday's Baseball schedule is a beauty with two terrific games that Las Vegas Hilton Handicapping C... **Buy Now!**



### HOT DEALS
NFL & CFB Packages: NFL and College Football 2003 season packages are available to purchase right now on Picks Online from :
- Jim Feist
- Dave Cokin
- Scott Spreitzer
- Glenn McGrew
- Mike Lee
- Bob Donahue
- Chip Chirimbes
- LVSS

Proline TV and Sportsdesk: Football is Back! Watch Proline Saturday mornings at 7 and 9am ET/PT on USA Cable or online **When you Click Here** and don't forget Sportsdesk at 8am ET/PT on USA!

---

### BREAKING NEWS
**New Articles:** Sports betting tips, opinions and more: **Click Here!**

SportsTracker
Proline
Online Sports Store
Advertising Rates

### More Handicappers

**Inner Circle Radio Show - Friday's on Fox Sports Radio!**
Join Jim Feist and his panel of experts as they break down the weekend's games each Friday at 7-8pm ET, 4-5pm PT on your local Fox Sports Radio Station! **Click Here for a complete list of available stations!**

---

**Proline Radio & TV!**
The Best Commentary by the Nation's Top Handicappers has returned!

Football is back, so be sure and check out **PROLINE RADIO** RIGHT NOW, for in-depth commentary, Monday through Friday

### MORE INFO
FREE winners on a recorded message, call toll-free to

Check out our computerized line service, SportsTracker,

every week!

And Proline TV will air (
7am and 9am Eastern a
September 6th! Tune in

**Pro & College Footb**
Order Online today or c
2003 Colllege Football !
Preview!

2002 Game Stats, start
handicapping tips from
Books are in stock now

**Available securely over**





*Scott Spreitzer*

Hot action! Big plays! Get the best of both worlds from Smash Mouth Handicapper Scott Spreitzer.

**Smash Mouth Winners**

Scott's College Early Value plays swept AGAIN! Scott releases a pair of early college plays each Tuesday and is a perfect 4-0 the last 2 weeks, having won again last week with NC State & East Carolina! Call Scott's Hotline Report on Tuesday at 1-900-438-8384 for his early value release for this week's card plus you'll receive Scott's Hammer Game of the Week in baseball! That's 1-900-438-8384, just $10 for both Smash Mouth releases!

**$10.00**

[BUY SECURELY ONLINE]
or call 1-900-438-8384
(or call 1-800-231-5545 to purchase using VISA or MASTERCARD)

If you are an existing customer, please **login here**.

**Click here** for Smash Mouth Sports's Articles.

**Remainder 2003 Baseball Playoffs**

Play the rest of Scott's Hammer Baseball plays, through the 2003 World Series, just $49!

**$49.00**

[BUY SECURELY ONLINE]
(or call 1-800-231-5545 to purchase using VISA or MASTERCARD)

[ Packages **Login Page** ]

**2003 NFL Hammer Selections**

Get all my Hammer plays for the 2003 NFL season for just the one time low price of $399!!!!

**$399.00**

[BUY SECURELY ONLINE]
(or call 1-800-231-5545 to purchase using VISA or MASTERCARD)

**2003 College Football Hammer Plays**

If you want to knock your man out this season, then you need my 2003 College Football Hammer Package - get all the plays in college grid iron for just $399!!!!

**$399.00**

**Get Your FREE Picks & Advice:**

[eMail Address] [Go]

[BUY SECURELY ONLINE]
(or call 1-800-231-5545 to purchase using VISA or MASTERCARD)

➤ **2003 NFL & CFB Hammer Selections** ❖

Bury your man with both my college and pro Hammer selections for the entire 2003 football season for the fantastic price of just $599!!!!

**$599.00**

[BUY SECURELY ONLINE]
(or call 1-800-231-5545 to purchase using VISA or MASTERCARD)

**Return to PicksOnline Handicappers Page**