

<-_->
<-_->
<-_->

# THE CALL IS FREE!

The WINNERS are FREE!
Free Recorded Pick from our Proline Staff
Call TOLL FREE 1·888·270·3333

Jim Feist    Scott Spreitzer    Glenn McGraw    Dave Cokin

**Pro Football TOP FIVE PICKS**
(Tuesday - Sunday)
Only $8

**PRO FOOTBALL PICKS**
1-900-446-2700
Must be 18 or Older · Sam-tre Industries Orchard Park, N.Y.

**Monday Nights PRO PICKS**
(Monday Only)
Only $8

Garcia had one of the best TD-interception ratios in the league with 31 scores and 10 picks. His 31 touchdowns ranked third in the league.

What's more impressive is that Garcia ended up fifth in the league among quarter-

[...] was injured. Garcia finished the season in relief of Young, who retired in the offseason.

Young's retirement left the 49ers to Garcia, who was thought to be too inexperienced in the NFL to make a difference right

[...] but Garcia had Owens to throw to in 1999 as well.

That setup has been the main part of the 49ers' passing tradition: great quarterback throwing to at least one great wide receiver. Garcia is beginning to fit nicely into that tradition.



Making strides, QB Jeff Garcia has given the 49ers a bright outlook for the future



