| # | Team | | | | | |
|---|---|---|---|---|---|---|
| 901 | SAN FRANCISCO GIANTS  P: 1:10  C: 3:10  E: 4:10 | | | | | |
| 902 | LOS ANGELES DODGERS | | | | | |
| 903 | MILWAUKEE BREWERS  P: 2:05  C: 4:05  E: 5:05 | | | | | |
| 904 | HOUSTON ASTROS | | | | | |
| 905 | FLORIDA MARLINS  P: 4:05  C: 6:05  E: 7:05 | | | | | |
| 906 | MONTREAL EXPOS | | | | | |
| 907 | SAN DIEGO PADRES  P: 5:35  C: 7:35  E: 8:35 | | | | | |
| 908 | ARIZONA DIAMONDBACKS | | | | | |
| 909 | DETROIT TIGERS  P: 4:15  C: 6:15  E: 7:15 | | | | | |
| 910 | TAMPA BAY DEVIL RAYS | | | | | |
| 911 | CLEVELAND INDIANS  P: 7:05  C: 9:05  E: 10:05 | | | | | |
| 912 | ANAHEIM ANGELS | | | | | |
| 913 | CHICAGO WHITE SOX  P: 7:05  C: 9:05  E: 10:05 | | | | | |
| 914 | SEATTLE MARINERS | | | | | |
| 915 | TEXAS RANGERS  P: 7:05  C: 9:05  E: 10:05 | | | | | |
| 916 | OAKLAND ATHLETICS | | | | | |



**LAS VEGAS SPORTS SERVICE**

Visit L.V.S.S. daily
@ www.JimFeist.com

**FREE Parlay Guaranteed**

Padres vs. Diamondbacks
White Sox vs. Mariners

**1-888-532-5877**



**DAN 'The Man' WILSON'S PLAYERS EDGE**

EVERYONE CLAIMS TO BE #1.
I DON'T UNDERSTAND
HOW VEGAS IS STILL
IN BUSINESS?

DAN ' THE MAN' WILSON
THE ONLY TRUE CHAMPION
MONITORED #1 BY THE LAS VEGAS SPORTING
NEWS THE PAST 3 YEARS IS RELEASING THE
MONTH OF BASEBALL WINNERS TO ALL
CALLERS ABSOLUTELY FREE CALL NOW

**#1 IN THE OVER THE LAST 3 YEARS**
MONITORED BY THE LVSN

WWW.DANTHEMANWILSON.COM





JIM FEIST'S
HOTLINE
"It's like cash in hand."
$12 per call
1.900.370.2324
Winning plays right over your computer...
From the nation's Premiere sports analysts: JIM FEIST
Scott Spreitzer
Glenn McGrew
Dave Cokin
L.V.S.S.
A-Play
And much, much more!
Big WINNERS
a mouse click away
www.PicksOnline.com
See Jim Feist and Dave Cokin on PROLINE Sat. @ 7 & 9 / Sun. @ 7:30 on USA Network
FREE TV PARLAY
from the man "Under the Hat" - Dave Cokin
Arkansas
CALL NOW
ABSOLUTELY FREE
1.800.531.7071
Visit Dave daily @ www.JIMFEIST.com

| # | Team | TV | | | | | |
|---|---|---|---|---|---|---|---|
| 901 | FLORIDA MARLINS  P: 4:35  C: 6:35  E: 7:35 | | | | | | |
| 902 | ATLANTA BRAVES | | | | | | |
| 903 | CHICAGO WHITE SOX  P: 4:05  C: 6:05  E: 7:05 | WGN | | | | | |
| 904 | CLEVELAND INDIANS | | | | | | |
| 905 | DETROIT TIGERS  P: 5:05  C: 7:05  E: 8:05 | | | | | | |
| 906 | KANSAS CITY ROYALS | | | | | | |
| 907 | ANAHEIM ANGELS  P: 7:05  C: 9:05  E: 10:05 | | | | | | |
| 908 | SEATTLE MARINERS | | | | | | |



WWW.JIMFEIST.COM
The Most Complete Handicapping Site on the Web!
Picks & Analyses • Live Lines & Odds •
Up-To-Date Handicapping Stats! And More – FREE
FREE FREE FREE FREE
The Most Complete Handicapping Site on the Web!
FREE SCORES & MORE AT www.JIMFEIST.com    NSS BASEBALL    April 01 – May 20  23

| | | | | | |
|---|---|---|---|---|---|
| 901 CINCINNATI REDS<br>P: 10:35  C: 12:35  E: 1:35<br>902 PITTSBURGH PIRATES | | | | | |
| 903 HOUSTON ASTROS<br>P: 12:05  C: 2:05  E: 3:05<br>904 COLORADO ROCKIES | | | | | |
| 905 ARIZONA DIAMONDBACKS<br>P: 3:05  C: 5:05  E: 6:05<br>906 SAN DIEGO PADRES | | | | | |
| 907 ATLANTA BRAVES<br>P: 4:05  C: 6:05  E: 7:05           TBS<br>908 PHILADELPHIA PHILLIES | | | | | |
| 909 MONTREAL EXPOS<br>P: 4:05  C: 6:05  E: 7:05<br>910 FLORIDA MARLINS | | | | | |
| 911 MINNESOTA TWINS<br>P: 10:05  C: 12:05  E: 1:05<br>912 CLEVELAND INDIANS | | | | | |
| 913 NEW YORK YANKEES<br>P: 4:05  C: 6:05  E: 7:05<br>914 TORONTO BLUE JAYS | | | | | |
| 915 CHICAGO WHITE SOX<br>P: 4:05  C: 6:05  E: 7:05<br>916 DETROIT TIGERS | | | | | |
| 917 SEATTLE MARINERS<br>P: 7:05  C: 9:05  E: 10:05<br>918 ANAHEIM ANGELS | | | | | |













