LAW OFFICE OF
# DEMETRIOS K. STRATIS L.L.C.
COUNSELLOR AT LAW

MACK-CALI WILLOWBROOK CENTER
201 WILLOWBROOK BOULEVARD
FOURTH FLOOR
WAYNE, NEW JERSEY 07470
(973) 256-7700

MEMBER OF NJ, PA, AND DC BARS

FACSIMILE (973) 256-3570
e-mail: dstratis@earthlink.net

VIA FACSIMILE 702/251-7743 AND FEDERAL EXPRESS

February 19, 2001

LaTrisa Young, Client Service Manager
National Sports Services
3110 Polaris
Suite 24
Las Vegas, Nevada 89102

Re:   *Valentine v. National Sports Services*

Dear Ms. Young:

This letter shall serve to confirm that I represent Mr. James Valentine with reference to his claims against National Sports Services as would be more fully set forth in a federal court civil lawsuit. I understand that National Sports Services has denied any liability. Nevertheless, I understand that National Sports Services, in order to avoid the uncertainty and the cost of litigation, does hereby agree to pay certain sums of money on the conditions hereafter set forth.

   (1) National Sports Services will pay to Mr. James Valentine the sum of sixty-three thousand dollars ($63,000) in additional to any sums already paid to Mr. James Valentine. Said sum is to be paid in three equal payments of twenty-one thousand dollars ($21,000). The first payment of which will be due within five (5) days of the receipt of the original of this letter agreement, the second payment within thirty (30) days from the date of this letter, by March 19, 2001, and the final payment within thirty (30) days thereafter-April 19, 2001.

   (2) Upon making such payments, Mr. Valentine agrees to forever release and discharge National Sports Services and its agents or representatives, from any and all liability including any economic, compensatory, or punitive damages. Mr. Valentine agrees not to make any claim in any state or federal court or take any administrative action against National Sports Services.

(3)   Should National Sports Services default in any payment herein setforth, Mr. James Valentine shall be permitted to pursue his claims against National Sports Services, its agents or representatives, and include therein additional damages stemming from the breach of this agreement.

As authorized representative and an officer of the Court, I hereby represent that Mr. Valentine agrees to the terms and conditions of this letter agreement and agrees to be bound thereto and has authorized me to affix my signature to this agreement having the same force and effect. Likewise, upon your receipt of this letter agreement, kindly have an authorized representative execute the acknowledgement below and return a signed copy to me with the first installment.

Should you have any questions, please do not hesitate to call.

Very truly yours,

Demetrios K. Stratis
DKS/ks

CC:   Mr. James Valentine

## ACKNOWLEDGEMENT

I am an authorized representative on behalf of National Sports Services and by virtue of my signature affixed hereto, do hereby acknowledge the terms and conditions of this letter agreement and do agree to be bound thereto.

_____

Date:

Sworn and subscribed before me this _____ day of February, 2001.

_____
Notary Public