# NATIONAL SPORTS SERVICES

## FACSIMILE COVER SHEET

☐ URGENT   ☒ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

ATTN: Demetrios Stratis

OF:

FAX: 973-256-3570

FROM: John Buonaugurio

DATE: 2-23-01

PAGES: 3 _____ including cover

NOTES: This is the copy of the letter that was sent to Mr. Valentine

3110 S. Polaris Avenue, Suite 24, Las Vegas, Nevada 89102   (702) 227-4900 Facsimile (702) 251-7743



# NATIONAL SPORTS SERVICES, INC.

February 23, 2001

James Valentine
23 Mount Vernon Dr Rt. A
Vernon, CT 06066

Dear James,

This letter is to confirm our intent to issue a credit in the amount of sixty three thousand dollars ($63,000), which will be broken down into three credits. The following is the break down of date, dollar amount and credit card. The dollar amounts are broken up into the same dollar amount of the original transactions.

The first payment of twenty three thousand dollars ($23,000) will be credited once we are in receipt of this signed letter. You will be credited on your American Express card # 3728-793595-21009 in the following amounts: ten thousand dollars, five thousand dollars, five thousand dollars and three thousand dollars.

The second payment of twenty two thousand seven hundred and forty four dollars ($22,744) will be credited on March 19, 2001. You will be credited on your American Express card # 3728-793595-21009 in the following amounts: seven thousand five hundred dollars, four thousand and ten dollars, three thousand and three hundred forty two dollars, four thousand five hundred dollars, three thousand three hundred forty two dollars and fifty dollars.

The third payment of seventeen thousand two hundred fifty six dollars ($17,256) will be credited on April 19, 2001. You will be credited on your Master card # 5323-5014-1321-6041 in the following amounts: two thousand five hundred dollars, two thousand six hundred twenty five dollars and three thousand nine hundred forty one dollars. You will be credited on your Visa card # 4159-8100-0077-5604 in the amount of four thousand one hundred ninety dollars and four thousand dollars.

3110 S. Polaris Avenue, Suite 23, Las Vegas, Nevada 89102         Telephone (702) 227-4900 • Facsimile (702) 251-7743

The first credit will be issued as soon as we are in receipt of the signed statement below. However, it can take up to one billing cycle to appear on the credit card statement.

Sincerely,

*[signature]*

John Buonaugurio
Sales Manager

---

I hereby authorize all charges to National Sports Services prior to February 23, 2001. I understand that my American Express card # 3728-793595-21009 will be credited for the first payment as soon as I sign and return the statement below.

Once my account has been credited I agree to take no further action on any charges I may have incurred on Master card # 5323-5014-1321-6041, my Visa cards # 4159-8100-0077-5604 and 4024-1160-0273-2582 and my American Express cards # 3728-793595-21009 and 3737-280105-12007 with National Sports Services prior to February 23, 2001.

_____        _____
James Valentine                         Date