LAW OFFICE OF
# DEMETRIOS K. STRATIS L.L.C.
COUNSELLOR AT LAW

MACK-CALI WILLOWBROOK CENTER
201 WILLOWBROOK BOULEVARD
FOURTH FLOOR
WAYNE, NEW JERSEY 07470
(973) 256-7700

MEMBER OF NJ, PA, AND DC BARS

FACSIMILE (973) 256-3570
e-mail: dstratis@earthlink.net

VIA FACSIMILE 702/251-7743

March 16, 2001

LaTrisa Young, Client Service Manager
National Sports Services
3110 Polaris
Suite 24
Las Vegas, Nevada 89102

Re: *Valentine v. National Sports Services*

Dear Ms. Young:

When we spoke over the telephone the other day, I advised you that I was awaiting a telephone call from your attorney which had been promised by the sales manager almost two weeks ago. I understand from our conversation several days ago that you would contact the appropriate individuals and provide me with some response. To date I have not heard from you or any authorized representative. I shall presume that there is no interest in an amicable resolution to this matter, and I will take the appropriate action.

Should you have any questions, please do not hesitate to call.

Very truly yours,

Demetrios K. Stratis
DKS/ks

CC: Mr. James Valentine

LAW OFFICE OF
# DEMETRIOS K. STRATIS L.L.C.
COUNSELLOR AT LAW

MACK-CALI WILLOWBROOK CENTER
201 WILLOWBROOK BOULEVARD
FOURTH FLOOR
WAYNE, NEW JERSEY 07470
(973) 256-7700

MEMBER OF NJ, PA, AND DC BARS

FACSIMILE (973) 256-3570
e-mail: dstratis@eartlink.net

VIA FACSIMILE 702-227-0799

April 6, 2001

Mark Gordon, Esq.
Berkley, Gordon, Levine, Goldstein & Garfinkel
2700 West Sahara Avenue
5th Floor
Las Vegas, Nevada 89102

RE: Valentine v. National Sports Services

Dear Mr. Gordon:

I have left several messages for you without the courtesy of a return call. For the past several weeks, I have extended every courtesy in attempting to bring the above-captioned matter to an amicable resolution instead of involving the Federal Courts and protracted litigation and public exposure. However, it is quite clear by your inaction and refusal to respond that you and your clients are not interested in an amicable resolution. I have discussed this with my client and have been authorized to pursue other recourse. Please advise whether you are authorized to accept service on behalf of National Sports Services and its related entities.

Please be guided accordingly.

Very truly yours,

Demetrios K. Stratis

DKS:dp

LAW OFFICE OF

# DEMETRIOS K. STRATIS L.L.C.
COUNSELLOR AT LAW

MACK-CALI WILLOWBROOK CENTER
201 WILLOWBROOK BOULEVARD
FOURTH FLOOR
WAYNE, NEW JERSEY 07470
(973) 256-7700

MEMBER OF NJ, PA, AND DC BARS

FACSIMILE (973) 256-3570
e-mail: dstratis@earthlink.net

VIA FEDERAL EXPRESS

August 6, 2001

Mark Gordon, Esq.
Berkley, Gordon, Levine, Goldstein & Garfinkel
2700 West Sahara Avenue
5th Floor
Las Vegas, Nevada 89102

RE: *Valentine v. National Sports Services*

Dear Mr. Gordon:

On no less than a dozen attempts, I contacted your office to bring the above-captioned matter to an amicable resolution. You did not respond to any of my calls or letters. As I indicated to you, I have prepared a civil action complaint which will be filed with the Clerk of the District Court. I am extending to you and your client one last opportunity to resolve this matter before involving the Courts. Enclosed is a copy of the Complaint to be filed should you, once again, refuse to respond.

In either event, kindly advise whether you will accept service on your client's behalf.

Very truly yours,

Demetrios K. Stratis

DKS:dp
Enclosure
CC:   Jim Feist, President (with enclosure)
      John Buonaugurio, Sales Manager (with enclosure)
      LaTrisa Young, Client Service Manager (with enclosure)
      N. James Valentine (with enclosure)

LAW OFFICE OF
# DEMETRIOS K. STRATIS L.L.C.
COUNSELLOR AT LAW

MACK-CALI WILLOWBROOK CENTER
201 WILLOWBROOK BOULEVARD
FOURTH FLOOR
WAYNE, NEW JERSEY 07470
(973) 256-7700

MEMBER OF NJ, PA, AND DC BARS

FACSIMILE (973) 256-3570
e-mail: dstratis@earthlink.net

DATE: 12/28/01

TIME:

TO: Robert Goldstein

FROM: Demetrios Stratis

FAX NO. (702) 227-0799

FAX NO.

Pages including cover sheet 3

MESSAGE:

If there is a problem with the transmittal of the above-referenced materials, please contact this office at:

TELEPHONE NO. (973) 256-7700

### CONFIDENTIALITY NOTE

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone so that we may arrange to retrieve this transmission at no cost to you. Thank you.

LAW OFFICE OF
# DEMETRIOS K. STRATIS L.L.C.
COUNSELLOR AT LAW

MACK-CALI WILLOWBROOK CENTER
201 WILLOWBROOK BOULEVARD
FOURTH FLOOR
WAYNE, NEW JERSEY 07470
(973) 256-7700

MEMBER OF NJ, PA, AND DC BARS

FACSIMILE (973) 256-3570
e-mail: dstratis@earthlink.net

VIA FACSIMILE 702-227-0799

December 28, 2001

Robert Goldstein, Esq.
Berkley, Gordon, Levine, Goldstein & Garfinkel
2700 West Sahara Avenue
5th Floor
Las Vegas, Nevada 89102

RE:   *Valentine v. National Sports Services*

Dear Mr. Goldstein:

The purpose of this letter is to confirm and outline the history of the attempts plaintiff has undertaken in order to amicably resolve this matter so that there is no dispute when I am asked by the U.S. Magistrate after I file plaintiff's Complaint.

Originally, I initiated contact on behalf of plaintiff with your client and outlined plaintiff's claims and cause of action and discussed whether or not this matter could be amicably resolved prior to litigation. After several weeks of negotiation and discussion with various representatives from National Sports Services, your client drafted a proposal to resolve my client's claims in exchange for which $73,000.00 would be returned to him. (I previously sent to you a copy of the proposal drafted by your client). Thereafter, it was discovered that your client was seeking the release of additional claims which were not part of our agreement. After attempting to contact your client, I was directed to contact Mr. Gordon who had been retained to represent National Sports Services. (I understand Mr. Gordon is from your office). After many weeks, if not months of attempting to contact Mr. Gordon without even the courtesy of a return telephone call, I drafted the Civil Action Complaint and forwarded it to him and requested that he get back to me prior to the filing of the Complaint with the Clerk of the District Court. Thereafter I received a telephone call from you with the understanding that you are now handling this matter and that I should communicate

directly with you via e-mail concerning any issues. You asked me to outline my client's settlement demands. I did so in writing months ago. Again, after not receiving the courtesy of any response, I attempted via telephone calls and e-mail to contact you. Then, the week before Thanksgiving, you advised me via e-mail that you clients were away and that you would have a response to my proposal the week after Thanksgiving. Once again, that time came and went without the courtesy of a response. I have left you several telephone calls, the most recent of which was this week when your receptionist advised me that you were in, but were on a telephone call. I left a message on your voice mail and once again never received the courtesy of a return telephone call.

Please be advised that the Complaint will be filed by January 11, 2002 unless this matter is resolved. The above is intended to be a summary of the history of this action and plaintiff reserves his right to amend same and reserves his right to rely upon same at the Initial Rule 26 Conference with the Magistrate.

Please be guided accordingly. All rights and remedies are fully preserved.

Very truly yours,

Demetrios K. Stratis
DKS/ks
cc:    Mr. N. James Valentine