UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| N. JAMES VALENTINE, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | CASE NO. 3:03V153 (DJS) |
| | : | |
| NATIONAL SPORTS SERVICES; | : | |
| SMASHMOUTH SPORTS; SCOTT | : | |
| SPREITZER; JIM FEIST; JOHN | : | |
| DOES 1-2 AND XYZ CORPORATIONS | : | |
| 1-5 (such names being fictitious); | : | |
| | : | |
|     Defendants. | : | |

## JUDGMENT

This action having come on for consideration of defendants' motion for summary judgment [dkt.#47] before the Honorable Dominic J. Squatrito, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a Memorandum of Decision granting the defendant's motion for summary judgment, it is hereby

ORDERED, ADJUDGED and DECREED that judgment shall enter for all defendants, on all counts.

Dated at Hartford, Connecticut, this 19th day of May 2005.

                                            KEVIN F. ROWE, Clerk

                                            By _____
                                                   Terri Glynn
                                                   Deputy Clerk